# EXHIBIT 1

FILED
09-03-2024
Clerk of Circuit Court
Kenosha County
2024CV000977
Honorable David Wilk
Branch 5

STATE OF WISCONSIN　　:　　CIRCUIT COURT　　:　　KENOSHA COUNTY

LEONARD RAUEN
8760 88th Avenue
Pleasant Prairie, WI 53158

　　　　　　　　　　　Plaintiff,

UNITEDHEALTHCARE INSURANCE COMPANY
c/o Registered Agent, CT Corporation System
301 S. Bedford St., Suite 1
Madison, WI 53703

Case No. _____
Case Code:　30100

　　　　　　　　　　　Involuntary Plaintiff,

v.

WERNER CO.
c/o Registered Agent, CT Corporation System
301 S. Bedford St., Suite 1
Madison, WI 53703

THE SHERWIN-WILLIAMS COMPANY
c/o Registered, Agent Corporation Service Company
33 East Main Street, Suite 610
Madison, WI 53703

ABC COMPANY
*One or more fictitious entities*

　　　　　　　　　　　Defendants.

---

## COMPLAINT

---

NOW COMES Plaintiff, Leonard Rauen, and as for his Complaint against the above-stated Defendants, states and avers as follows:

1.　　Leonard Rauen, at all times relevant, has been a resident of the City Pleasant Prairie, County of Kenosha State of Wisconsin.

3

2.    Involuntary Plaintiff, UnitedHealthCare Insurance Company ("UHC"), is a foreign corporation with an address for its registered agent in the State of Wisconsin as stated in the caption. Upon information and belief, at all times relevant, Involuntary Plaintiff, UHC, provided health insurance coverage in the State of Wisconsin, including coverage extending to the Plaintiff. UHC may be a necessary party by virtue of having provided healthcare coverage to the Plaintiff as a result of the events alleged hereinafter. By virtue of such coverage, UHC may have a right of subrogation, reimbursement, or other lien interest in the claims of Plaintiff. Plaintiff affirmatively alleges that any such right, interest, or lien in the claims of Plaintiff are subject to the "made whole" doctrine, the "common fund" doctrine, and any and all state or federal laws that may reduce, modify, or wholly preclude any recovery by UHC in this action.

3.    Defendant Werner Co. ("Werner") at all times relevant, is a Foreign Corporation doing substantial business in the County of Kenosha. Werner is a proper party Defendant as a result of the events as alleged below.

4.    Defendant, The Sherwin-Williams Company ("SWC") is a Foreign Corporation doing substantial business in the County of Kenosha. SWC is a proper party Defendant as a result of the events as alleged below.

5.    Defendant, ABC Company ("ABCCO"), is a fictitious entity named pursuant to Wis. Stat. § 807.12. Upon information and belief, at all times relevant hereto, one or more entities may be proper defendants in this matter which may include an insurance company to be named in this action pursuant to Wis. Stat. § 632.24 or additional defendants that may be discovered to have involvement with the subject product/product

4

defect as described herein. ABCCO may be a proper party as a result of the events alleged below.

## FACTS COMMON TO ALL CAUSES OF ACTION

6. Plaintiff repeats, realleges, and incorporates by reference all allegations contained in the paragraphs above as if they were set forth at length herein.

7. Plaintiff is a professional painter and owner of a painting company. Plaintiff has been continuously employed in the profession of commercial painting for many years and is knowledgeable about the customs and practices of his field of work.

8. On or about September 4, 2021, Plaintiff was performing work at 6981 W. Pine Lake Rd., Wild Rose, Wisconsin, ("Subject Premises") utilizing a ladder produced by Werner Co.

9. Plaintiff was on the ladder when the bottom support of the ladder unexpectedly and without warning collapsed.

10. The ladder support was severely deformed indicating a gross defect in the product.

11. As a result of the product defect, Plaintiff fell to the ground where he sustained serious injuries.

12. The defective ladder was a Werner brand ladder, model number 60006 mk10, which Plaintiff purchased new on or about June 26, 2021.

13. Upon information and belief, Plaintiff purchased the ladder through his ladder source supplier, Defendant Sherwin-Williams Company.

5

## FIRST CAUSE OF ACTION

(Strict Liability Product Defect)

14.     Plaintiff repeats, realleges, and incorporates by reference all allegations contained in the paragraphs above as if they were set forth at length herein.

15.     At all relevant times, Plaintiff was injured at the Subject Premises due to a defect in the Werner brand product.

16.     Plaintiff did not make any substantive change, alteration, or manipulation to the product before use.

17.     On the date of the incident, Plaintiff used the product as directed and in the course of his typical and ordinary usage as a professional commercial painter.

18.     Werner is the manufacturer of the product and is in the business of selling and distributing the product throughout the United States.

19.     The product was defective in its manufacturing or design as its bottom rung and support suffered from a gross deformity during Plaintiff's ordinary usage.

20.     The condition of the product was defective and unreasonably dangerous causing injuries to Plaintiff.

21.     The product was defective when it left the possession or control of the seller.

22.     The defective product was a substantial factor in causing the injuries to Plaintiff.

23.     The incident occurred as a result of the aforesaid defective product, negligent acts, or omissions. As a result, Defendants are liable to Plaintiff in amount to be determined in excess of $30,000, for personal injuries, past and future medical expenses,

6

past and future pain and suffering, permanent injuries, wage and business financial losses, mental anguish, emotional distress, and out-of-pocket expenses.

## SECOND CAUSE OF ACTION

### (Negligence)

24. Plaintiff repeats, realleges, and incorporates by reference all allegations contained in the paragraphs above as if they were set forth at length herein.

25. At all times relevant, Werner owed Plaintiff a duty to manufacture its products in a safe, careful, and reasonable manner so as not to become defective and cause harm to Plaintiff or others.

26. In breach of its duty, the Werner was negligent for one or more acts or omissions:

    a. Manufactured the product with a critical defect, causing the product to become grossly deformed under ordinary use;

    b. Designed the product with one or more defective underlying vulnerabilities, causing the product to become grossly deformed under ordinary use;

    c. Failed to undergo necessary and sufficient testing of the product's quality post-production, causing the product to leave the manufacturer with one or more defects conditions that caused the incident as described herein; and

    d. All other negligence not currently known by the Plaintiff but which may be discovered at a later date.

27. As a result of the aforementioned breaches of duty, Plaintiff did fall from the defective ladder causing injuries to his body.

7

28. Further, Werner is negligent under the doctrine of *res ipsa loquitur* because the incident caused harm to the Plaintiff is of a kind that does not ordinarily occur in the absence of negligence and the design, manufacturing, production, and quality control testing was under the exclusive control of the Defendant.

29. The incident occurred as a result of the aforesaid defective product, negligent acts, or omissions. As a result, Defendant Werner is liable to Plaintiff in amount to be determined in excess of $30,000, for personal injuries, past and future medical expenses, past and future pain and suffering, permanent injuries, wage and business financial losses, mental anguish, emotional distress, and out-of-pocket expenses.

## THIRD CAUSE OF ACTION

### (Breach of Warranties)

30. Plaintiff repeats, realleges, and incorporates by reference all allegations contained in the paragraphs above as if they were set forth at length herein.

31. At all times relevant, Plaintiff purchased the product through his company's ladder supplier, Defendant Sherwin-Williams Company, manufactured by Defendant, Werner Co.

32. At time of sale, and for all relevant times, the product was sold with warranty, both express and implied.

33. At all times relevant, the Defendants were provided with notice of the incident through Plaintiff's counsel and Defendants had the opportunity to review and investigate the Plaintiff's claims before the filing of this action.

8

34.     Pursuant to Wis. Stat. §§ 402.313, 402.314 & 402.315, the product was sold to Plaintiff with warranties to be used in the service of Plaintiff's business and personal use including, primarily, commercial painting.

35.     The Plaintiff did use the product for is typical use as a ladder in conjunction with Plaintiff's painting and Plaintiff did not make any substantive change, alteration, or manipulation to the product before use.

36.     The Defendants did breach the warranties provided to Plaintiff on the date of the incident when the bottom rung and supports of product suffered a severe and gross deformity causing Plaintiff to fall to the ground and sustain injury.

37.     As a result of the Defendants' breaches, Plaintiff is entitled to damages in amount to be determined in excess of $30,000, for personal injuries, past and future medical expenses, past and future pain and suffering, permanent injuries, wage and business financial losses, mental anguish, emotional distress, out-of-pocket expenses, and for all other damages that may be permissible including, but not limited to, those set forth under Wis. Stat. § 402.719.

## FOURTH CAUSE OF ACTION

### (Subrogated Claims)

38.     Upon information and belief, Involuntary Plaintiff, UHC, has paid certain medical expenses, or provided certain healthcare services, in an undetermined amount, incurred by Plaintiff as a result of the injuries he sustained as described herein.

39.     Upon information and belief, Involuntary Plaintiff, UHC, may have subrogation rights in the claim(s) of Plaintiff. However, any subrogation right the Involuntary Plaintiff may have is subject to the rights of Plaintiff to be made whole and to

be reduced, waived, nullified, or otherwise altered in accordance with state or federal law, as applicable, which may result in no right of recovery for UHC in this action

## RELIEF

WHEREFORE, Plaintiff Leonard Rauen demands judgment against the Defendants Werner Co., The Sherwin-Williams Company, and ABCCO as follows:

I.    On behalf of Plaintiff for a monetary award on the first, second, and third causes of action in an amount to be determined in excess of $30,000 for personal injuries, past and future pain and suffering, past and future medical expenses, wage and business losses, permanent injuries, emotional distress and mental anguish, and out-of-pocket expenses, and all damages arising from breach of warranty;

II.    On behalf of the Involuntary Plaintiff for a monetary award on the fourth cause of action and for a declaratory judgment as to its subrogated interests, if any, in the claim of damages of Plaintiff;

III.    For an award of actual and statutory attorney's fees, costs, pre- and post judgment interest, and disbursements; and

IV.    For all other relief the Court finds just and equitable.

**TRIAL BY JURY OF TWELVE (12) IS HEREBY DEMANDED**

Dated in Kenosha, Wisconsin, this 3rd day of September, 2024.

**R.F. WITTMEYER, LTD.**
Attorneys for Leonard Rauen

BY:    *Electronically signed by James M. Payne*
James M. Payne
State Bar No. 1105889
jmp@injurylawattys.com

10

**Mailing Address**
2101 S. Arlington Heights Rd., Ste. 103
Arlington Heights, IL 60005
(847) 357-0403
(847) 357-0417 (facsimile)
efile@injurylawattys.com

11

FILED
09-03-2024
Clerk of Circuit Court
Kenosha County
2024CV000977
Honorable David Wilk
Branch 5

**STATE OF WISCONSIN**  **CIRCUIT COURT**  **KENOSHA**

Leonard Rauen et al vs. Werner Co. et al  **Electronic Filing Notice**

Case No. 2024CV000977
Class Code: Product Liability

WERNER CO.
SUITE 1
301 S. BEDFORTH STREET
MADISON WI 53703

Case number 2024CV000977 was electronically filed with/converted by the Kenosha County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: c20071**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-653-2664.

Kenosha County Circuit Court
Date: September 3, 2024

GF-180(CCAP), 11/2020 Electronic Filing Notice
**This form shall not be modified. It may be supplemented with additional material.**
§801.18(5)(d), Wisconsin Statutes

# EXHIBIT 2

FILED
09-19-2024
Clerk of Circuit Court
Kenosha County
2024CV000977

## AFFIDAVIT OF SERVICE

**State of Wisconsin**                    **County of Kenosha**                    **Circuit Court**

Case Number: 24CV977

Plaintiff:
**Leonard Rauen et al**

vs.

Defendant:
**Werner Co et al**

For:
RF Wittmeyer LTD
2101 S Arlington Heights Rd. S-103
Arlington Heights, IL 60005

Received by GREGG INVESTIGATIONS, INC. to be served on **The Sherwin-Williams Company (Defendant) c/o Corporation Service Company R.A., 33 E Main St Suite 610, Madison, WI 53703.**

I, Gregory Kowal, being duly sworn, depose and say that on the **13th day of September, 2024 at 2:45 pm, I:**

served a **CORPORATION** by delivering aElectronic Filing Notice, Summons and Complaint with the date and hour of service endorsed thereon by me, to: **Nicholas Santas as Authorized Agent for The Sherwin-Williams Company (Defendant) c/o Corporation Service Company R.A.**, at the address of: **33 E. Main St. Suite 610, Madison, WI 53703**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 25, Sex: M, Race/Skin Color: W, Height: 6'3, Weight: 155, Hair: Dk. Brown, Glasses: Y

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and Sworn to before me on the 17th day of September, 2024 by the affiant who is personally known to me

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES:

**Gregory Kowal**
Process Server

**GREGG INVESTIGATIONS, INC.**
500 E. Milwaukee St., Lower
P O Box 1270
Janesville, WI 53547-1270
(608) 755-1976

Our Job Serial Number: GWK-2024005578
Service Fee: $40.00

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0a

# EXHIBIT 3

FILED
09-19-2024
Clerk of Circuit Court
Kenosha County
2024CV000977

## AFFIDAVIT OF SERVICE

**State of Wisconsin**                **County of Kenosha**                **Circuit Court**

Case Number: 24CV977

Plaintiff:
**Leonard Rauen et al**

vs.

Defendant:
**Werner Co et al**

For:
RF Wittmeyer LTD
2101 S Arlington Heights Rd. S-103
Arlington Heights, IL 60005

Received by GREGG INVESTIGATIONS, INC. to be served on **Werner Co (Defendant) c/o CT Corporation System R.A., 301 S Bedford St Suite 1, Madison, WI 53703.**

I, Gregory Kowal, being duly sworn, depose and say that on the 13th day of September, 2024 at 2:25 pm, I:

served a **CORPORATION** by delivering aElectronic Filing Notice, Summons and Complaint with the date and hour of service endorsed thereon by me, to: **Barb DeJongh as Authorized Agent for Werner Co (Defendant) c/o CT Corporation System R.A.,** at the address of: **301 S. Bedford St. Suite 1, Madison, WI 53703,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: W, Height: 5'7, Weight: 180, Hair: Lt. Brown, Glasses: Y

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and sworn to before me on the 17th day of September, 2024 by the affiant who is personally known to me

**NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES:**

**Gregory Kowal**
Process Server

**GREGG INVESTIGATIONS, INC.**
500 E. Milwaukee St., Lower
P O Box 1270
Janesville, WI 53547-1270
(608) 755-1976

Our Job Serial Number: GWK-2024005580
Service Fee: $40.00

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.0a

# EXHIBIT 4

FILED
09-25-2024
Clerk of Circuit Court
Kenosha County
2024CV000977

STATE OF WISCONSIN
CIRCUIT COURT
KENOSHA COUNTY

| | |
|---|---|
| LEANOARD RAUEN,<br><br>　　　　　　Plaintiff,<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>　　　　　　Involuntary Plaintiff,<br><br>v.<br><br>WERNER CO.,<br>THE SHERWIN-WILLIAMS COMPANY,<br>and ABC COMPANY<br>　　　　　　Defendants. | Case No. 24-CV-977<br>Case Code No. 30100 |

## NOTICE OF RETAINER

PLEASE TAKE NOTICE that we have been retained by and appear for the Defendants, Werner Co. and The Sherwin-Williams Company, in the above-entitled action, and we hereby demand that copies of all pleadings in this action subsequent to the Summons and Complaint be served upon us at our office, Menn Law Firm, Ltd., 2501 East Enterprise Avenue, P.O. Box 785, Appleton, WI 54912-0785.

Dated this 25th day of September 25, 2024.

P.O. ADDRESS:
2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
PHONE: 920.731.6631
FAX: 920.734.0981

MENN LAW FIRM, LTD.
Attorneys for the Defendants, Werner
Co. and The Sherwin-Williams
Company,

BY: _Christopher D. Wolske_

Christopher D. Wolske
State Bar No. 1018108

01547356.DOCX

1

| STATE OF WISCONSIN | CIRCUIT COURT | KENOSHA COUNTY | For Official Use |
|---|---|---|---|

Leonard Rauen et al
  Plaintiff(s)

vs.

Werner Company et al
  Defendant(s)

CONFERENCE ORDER
AND NOTICE OF
SCHEDULING
CONFERENCE

Case No. 2024 CV 000977
Judge David Wilk

**FILED**

**SEP - 3 2024**

KENOSHA COUNTY
CLERK OF CIRCUIT COURT

**This case is scheduled for:**     Scheduling Conference pursuant to Sec. 802.10(3) Stats.

**DATE:**     Thursday, March 27th, 2025

**TIME:**     9:00 AM

**COURT OFFICIAL:**     David Wilk

**LOCATION:**     Room 205 - Kenosha County Courthouse
912 56th Street, Kenosha, WI 53140

**THE COURT ORDERS:**

1. The plaintiff shall serve this notice upon all defendants to this action and provide proof of service to the court. Any party in this case who causes another party to be joined shall serve this notice upon the joined party and provide proof of service to the court.

2. **All plaintiffs and defendants named in this case shall appear either in person OR by their attorney of record. Any attorney requesting to appear by phone must efile or email a request to the Court's Judicial Assistant at Patrice.Scypta@wicourts.gov no fewer than 7 days prior to the date of the scheduled hearing.**

3. Any party who fails to comply with this order may have the Court enter an order pursuant to Sec. 805.03 and 804.12, Stats. which may include a finding of contempt of court and entry of a default judgment against the offending party.

4. If you intend to challenge the allegations by the plaintiff in the complaint, you must file a written Answer within the number of days specified on the summons. If you do not file such an Answer you do not have to appear at the above date and time.

Dated : September 3, 2024

☒  **JUDGE DAVID WILK**
Circuit Court Judge, Branch 5

FILED
09-03-2024
Clerk of Circuit Court
Kenosha County
2024CV000977
Honorable David Wilk
Branch 5

STATE OF WISCONSIN    :    CIRCUIT COURT    :    KENOSHA

LEONARD RAUEN
8760 88th Avenue
Pleasant Prairie, WI 53158

                 Plaintiff,

UNITEDHEALTHCARE INSURANCE COMPANY
c/o Registered Agent, CT Corporation System
301 S. Bedford St., Suite 1
Madison, WI 53703

                 Involuntary Plaintiff,

v.

WERNER CO.
c/o Registered Agent, CT Corporation System
301 S. Bedford St., Suite 1
Madison, WI 53703

THE SHERWIN-WILLIAMS COMPANY
c/o Registered, Agent Corporation Service Company
33 East Main Street, Suite 610
Madison, WI 53703

ABC COMPANY
*One or more fictitious entities*

                 Defendants.

Case No. _____
Case Code:  30100

---

## SUMMONS

---

**THE STATE OF WISCONSIN**

TO THE ABOVE-NAMED DEFENDANTS:

    You are hereby notified that the Plaintiff named above has filed a lawsuit against

you. The Complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this summons, you must respond with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes to the Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, whose address is Clerk of Courts, Kenosha County Circuit Court, 912 56th Street, Kenosha, WI 53140, and to the attorney for the Plaintiff, R. F. WITTMEYER, LTD, James M. Payne, 2101 S. Arlington Heights Road, Suite 103, Arlington Heights, Illinois, 60005. You may have an attorney help or represent you.

If you do not provide a proper Answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated in Kenosha, Wisconsin, this 3rd day of September, 2024.

**R.F. WITTMEYER, LTD.**
Attorneys for Leonard Rauen

BY:    *Electronically signed by James M. Payne*
_____
James M. Payne
State Bar No. 1105889
jmp@injurylawattys.com

**Mailing Address**
2101 S. Arlington Heights Rd., Ste. 103
Arlington Heights, IL 60005
(847) 357-0403
(847) 357-0417 (facsimile)
efile@injurylawattys.com

2

FILED
09-19-2024
Clerk of Circuit Court
Kenosha County
2024CV000977

## AFFIDAVIT OF SERVICE

**State of Wisconsin**  **County of Kenosha**  **Circuit Court**

Case Number: 24CV977

Plaintiff:
Leonard Rauen et al

vs.

Defendant:
Werner Co et al

For:
RF Wittmeyer LTD
2101 S Arlington Heights Rd. S-103
Arlington Heights, IL 60005

Received by GREGG INVESTIGATIONS, INC. to be served on UnitedHealthcare Insurance Company (Involuntary Plaintiff) c/o CT Corporation System R.A., 301 S Bedford St Suite 1, Madison, WI 53703.

I, Gregory Kowal, being duly sworn, depose and say that on the 13th day of September, 2024 at 2:25 pm, I:

served a CORPORATION by delivering aElectronic Filing Notice, Summons and Complaint with the date and hour of service endorsed thereon by me, to: Barb DeJongh as Authorized Agent for UnitedHealthcare Insurance Company (Involuntary Plaintiff) c/o CT Corporation System R.A., at the address of: 301 S. Bedford St. Suite 1, Madison, WI 53703, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 60, Sex: F, Race/Skin Color: W, Height: 5'7, Weight: 180, Hair: Lt. Brown, Glasses: Y

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and sworn to before me on the 17th day of September, 2024 by the affiant who is personally known to me

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES: _____

Gregory Kowal
Process Server

GREGG INVESTIGATIONS, INC.
500 E. Milwaukee St., Lower
P O Box 1270
Janesville, WI 53547-1270
(608) 755-1976

Our Job Serial Number: GWK-2024005579
Service Fee: $40.00

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# EXHIBIT 5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Defendant's Notice of Removal was served upon:

James M. Payne
R.F. Wittmeyer, LTD
2101 S. Arlington Heights, Road, Suite 103
Arlington Heights, IL 60005
(847) 357-0403
efile@injurylawattys.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the email address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 10th day of October, 2024.

<div style="margin-left:40%">

s/ Michael J. Meyer
an Attorney

</div>

8

# EXHIBIT 6

Leonard Rauen,

       Plaintiff,

UnitedHealthCare Insurance Company,

       Involuntary Plaintiff,

vs.

Werner Company, ABC Insurance Company and
The Sherwin-Williams Company,

       Defendants.

---

## AFFIFAVIT OF MICHAEL J. MEYER

---

Michael J. Meyer, being duly sworn on oath, states that the facts set forth herein are true of my own knowledge, or where indicated as true to the best of my knowledge, information and belief, and if called upon to testify in this matter, I could and would competently testify as follows:

1. I am one of the attorneys for The Sherwin-Williams Company and Werner Co. incorrectly sued herein as Werner Company.

2. I have confirmed that The Sherwin-Williams Company is incorporated in the state of Ohio and maintains its headquarters and principal place of business in the state of Ohio.

3. I have also confirmed that Werner Co. is incorporated in the State of Delaware and maintains its headquarters and principal place of business in Illinois.

**FURTHER AFFIANT SAYETH NAUGHT.**

9

s/Michael J Meyer
Tribler Orpett & Meyer, P.C.
225 W. Washington, Suite 2550
Chicago, Illinois 60606
Phone: (312) 201-6400

1(

# EXHIBIT 7

| **The Law Offices of R.F. Wittmeyer, Ltd** | | | |
|---|---|---|---|
| **MEDICAL EXPENSE SCHEDULE (ed. 10-19-20)** | | | |
| | | | |
| Project Name: Rauen, Leonard v Werner Co. & Werner Co. | | | |
| Client Name:  Mr. Leonard Rauen | | | |
| Date of Loss: 9/4/2021 | | | |
| Date of Birth:  12/23/1969 | | | |
| Date Last Updated: | | | |
| Last Updated By: | | | |
| | | | |
| **Provider** | **Dates of Treatment** | | **Charges** |
| Radiology Associates Of Appleton<br>75 Remittance Drive Dept<br>Dept 75046<br>Chicago, IL 60675<br>Doctor:<br>Phone: 424-500-8534 | 09/04/21 - | 09/04/21 | $       2,952.00 |
| | | | |
| IHC Kenosha Radiology<br>PO Box 2467<br>Indianapolis, IN 43206<br>Doctor:<br>Phone: 866-874-1473 | 09/15/21 - | 10/21/21 | $         797.00 |
| | | | |
| Radiology Associates Of The Fox Valley SC<br>Bin 88919<br>Milwaukee, WI 53288<br>Doctor: Bruce Douglas, MD<br>Phone: 877-318-7142 | 09/04/21 - | 09/06/21 | $         292.00 |
| | | | |
| Wisconsin Radiology Specialists<br>Wisconsin Radiology Specialists<br>10945 North Port Washington Street<br>Mequon, WI 53092<br>Doctor:<br>Phone: 414-434-0461 | - | | |
| | | | |
| Kenosha Emergency Physicians<br>PO Box 80269<br>Philadelphia, PA 19101<br>Doctor:<br>Phone: 800-355-2470 | - | | |
| | | | |
| Froedtert Kenosha Hospital<br>6308 Eighth Avenue<br>Kenosha, WI 53143<br>Doctor:<br>Phone: 262-565-3270 Home | - | | |
| | | | |

| | | | |
|---|---|---|---|
| Jandali Surgical Associates<br>9555 76th Street<br>Suite 4880<br>Pleasant Prairie, WI 53158<br>Doctor:<br>Phone: 262-748-1001 | | - | |
| | | | |
| Waushara County EMS<br>P.O. Box 341 230 W. Park Street<br>Wautoma, WI 54982<br>Doctor:<br>Phone: 920-787-0412 | 09/04/21 | - 09/04/21 | $ 1,937.00 |
| | | | |
| Genesis Chiropractic Wellness & Rehabilitation<br>1024 60th Street<br>Unit 1<br>Kenosha, WI 53140<br>Doctor: Dan Esposito, MD<br>Phone: 262-657-7744 | | - | $ 2,840.00 |
| | | | |
| Froedtert Pulmonary North - Kenosha Clinic<br>6308 8th Avenue<br>#2000<br>Kenosha, WI 53143<br>Doctor: Joshua Bloom<br>Phone: 262-653-5360 | 09/23/21 | - 10/27/21 | $ 3,094.44 |
| | | | |
| Froedtert & MCW Somers Clinic<br>3400 Market Ln<br>Kenosha, WI 53144<br>Doctor: Neil A Shepler<br>Phone: 262-551-4600 | 09/05/21 | - 10/21/21 | $ 8,724.61 |
| | | | |
| Theda Care Regional Medical Center<br>130 2nd Street<br>Neenah, WI 54956<br>Doctor: Bly<br>Phone: 920-729-3100 | 09/04/21 | - 09/06/21 | $ 6,411.40 |
| | | | |
| Theda Care Wild Rose ER<br>701 Grove Avenue<br>Wild Rose, WI 54984<br>Doctor:<br>Phone: 920-622-5560 | 09/04/21 | - | $ 19,083.85 |
| | | | |
| | | | |
| **TOTAL** | | | **$ 46,132.30** |